UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ZACHARY CROUCH,                          )
                                         )
              Plaintiff,                 )
                                         )
v.                                       )        No.:    3:24-CV-316-KAC-DCP
                                         )
THE UNIVERSITY OF TENNESSEE,             )
                                         )
              Defendant.                 )

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DISMISSING ACTION

This action is before the Court on United States Magistrate Judge Debra C. Poplin's "Report and Recommendation" ("Report") entered on November 13, 2024 [Doc. 9]. On July 24, 2024, pro se Plaintiff Zachary Crouch filed a Complaint [Doc. 1], asserting claims against the University of Tennessee for various alleged violations. On October 15, 2024, after screening Plaintiff's Complaint, Judge Poplin gave Plaintiff "an opportunity to cure" the deficiencies in the Complaint "[i]instead of recommending" dismissal [*See* Doc. 7 at 4]. Plaintiff's Amended Complaint [Doc. 8], however, failed to cure the previously-identified deficiencies [*See* Doc. 9 (thoroughly screening and explaining deficiencies in the Amended Complaint)]. Accordingly, the Report recommends that this Court dismiss Plaintiff's Amended Complaint and close the case [*See* Doc. 9 at 9]. Plaintiff has not objected to the Report, and the time to do so has passed [*See* Doc. 9 at 9, n. 8 (providing fourteen (14) days to file any objections to the Report)]. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

As the Report ably analyzed, Plaintiff's Amended Complaint [Doc. 8], liberally construed, fails to state any claim upon which relief may be granted against a defendant that is not immune [*See* Doc. 9 at 5-9]. Accordingly, having reviewed the record, the Court **ACCEPTS** and

**ADOPTS** the Report [Doc. 9] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2) and **DISMISSES** Plaintiff's Amended Complaint [Doc. 8] **without prejudice** under 28 U.S.C. § 1915(e)(2)(B). An appropriate Judgment shall enter.

       SO ORDERED.

                                                KATHERINE A. CRYTZER
                                                United States District Judge